# IN THE SUPREME COURT OF THE STATE OF NEVADA

CARL DEAN EDWARDS,
               Appellant,

vs.

SHIRLEY KIERSTEIN,
               Respondent.

No. 70162

**FILED**

APR 2 7 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order denying appellant's motion for discovery. Fifth Judicial District Court, Nye County; Kimberly A. Wanker, Judge.

Our preliminary review of the documents submitted to this court pursuant to NRAP 3(g) reveals a potential jurisdictional defect. Specifically, it appears that the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order denying a motion for discovery. Accordingly, we conclude that we lack jurisdiction and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

SUPREME COURT
OF
NEVADA

(O) 1947A

16-13278

cc: Hon. Kimberly A. Wanker, District Judge
Carl Dean Edwards
JK Nelson Law LLC
Nye County Clerk